**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FAWZI MUSTAPHA ASSI,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

______________________________/

Civil Case No. 12-15493
Criminal Case No. 98-80695
Hon. Gerald E. Rosen

**JUDGMENT OF DISMISSAL**

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on June 12, 2015

PRESENT: Honorable Gerald E. Rosen
Chief Judge, United States District Court

The Court having this date issued an opinion and order denying Petitioner's motion to vacate his conviction,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Civil Action No. 12-15493 be, and hereby is, DISMISSED.

Dated: June 12, 2015

s/Gerald E. Rosen
Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 12, 2015, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135